D. MAX GARDNER, ESQ. (CSB No. 132489)
930 Truxtun Ave., Suite 203
Bakersfield, CA 93301
661-864-7373 tel.
661-864-7366 fax
dmgardner@dmaxlaw.com

Attorney for Chapter 7 Trustee Jeffrey M. Vetter

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>DOUGLAS PAUL RICE AND SAMANTH<br><br>MARIE RICE,<br><br>                DEBTORS. | Bankruptcy Case No.: 2022-10735<br><br>Chapter 7<br><br>DMG-2 |

## ORDER ON
## APPLICATION TO EMPLOY ATTORNEY FOR THE CHAPTER 7 TRUSTEE

    The Application to Employ Attorney for Chapter 7 Trustee ("Application") filed by the Chapter 7 Trustee Jeffrey M. Vetter ("Trustee") came before the Court for approval.

    The Court, having reviewed the Application, the supporting declaration of Rahul Sethi in Support, ORDERS that the employment of Rahul Sethi is approved as Trustee's Attorney subject to 11 U.S.C. Sections 327, 329-331 and the following terms and conditions:

/ / / /

APPLICATION TO EMPLOY ATTORNEY FOR THE CHAPTER 7 TRUSTEE

1

1. No compensation or expense reimbursement is permitted except upon court order following an application under 11 U.S.C. Sections 330(a) and/or 331.

2. Rahul Sethi's employment is authorized from the date that is 30 days before the filing of the Motion. The Motion having been filed on July 6, 2022, employment is authorized as of June 6, 2022.

Dated: July 14 2022

*Jennifer E. Niemann*
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

APPLICATION TO EMPLOY ATTORNEY FOR THE CHAPTER 7 TRUSTEE

2